MARY J. DOYLE, as Administratrix of GEORGE DOYLE Deceased, Respondent, *v.* NORTHERN CENTRAL RAILWAY COMPANY, Appellant.

*Doyle* v. *Northern Central Railway Co.*, 122 App Div. 896, affirmed.
(Argued December 3, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Alexander S. Diven* for appellant.

*C. D. Kiehel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.